OPINION — AG — ** AD VALOREM TAXES — SCHOOL PROPERTY — SUBJECT TO ** ALL PROPERTY WHICH IS OWNED BY SCHOOL DISTRICT OF THIS STATE ON THE FIRST DAY OF JANUARY OF ANY YEAR 'IS' EXEMPT FROM AD VALOREM TAXATION FOR THAT YEAR, WITHOUT REGARD TO THE USE BEING MADE OF SUCH PROPERTY. (TAXATION, EXEMPTION, COUNTY TAXES, OWNERSHIP) CITE: 68 O.S. 15.6 [68-15.6], 68 O.S. 224 [68-224], ARTICLE X, SECTION 6, ARTICLE X, SECTION 28, 68 O.S. 15.8 [68-15.8] (JAMES C. HARKIN)